UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

AKHROR MANSUROV,
A244 095 775,

      Petitioner,

      v.

WARDEN, Pike County
Correctional Facility,

      Respondent.

CIVIL ACTION NO. 3:26-cv-00324

(SAPORITO, J.)

## ORDER

On February 10, 2026, the Court received and filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, signed and mailed by the pro se petitioner, Akhror Mansurov, on February 5, 2026. Doc. 1. In this petition, Mansurov challenges the legality of his continued detention in the custody of U.S. Immigration and Customs Enforcement ("ICE"). At the time of its constructive filing, Mansurov was being held in ICE custody at Pike County Correctional Facility, which is located in Pike County, Pennsylvania.

On April 13, 2026, the respondent filed a suggestion of mootness, in which he reported that Mansurov had been removed from the United States to Tajikistan and was no longer in ICE custody. Doc. 10. Because

Mansurov "has already been deported and is, therefore, no longer in custody, the challenge to [his] detention is moot and the habeas petition must be dismissed." *Lindaastuty v. Att'y Gen.*, 186 Fed. App'x 294, 298 (3d Cir. 2006); *Audain v. Decker*, No. 3:12-CV-02301, 2013 WL 5656128, at *2 (M.D. Pa. Oct. 15, 2013).

Accordingly, **IT IS HEREBY ORDERED THAT** the petition (Doc. 1) is **DISMISSED as MOOT** and the Clerk is directed to mark this case as **CLOSED**.

Dated: April 14, 2026                    *s/Joseph F. Saporito, Jr.*
                                         JOSEPH F. SAPORITO, JR.
                                         United States District Judge

- 2 -